THE BROOKLYN NATIONAL BANK OF NEW YORK, Appellant, v. COLD SPRING HARBOR VILLAGE IMPROVEMENT SOCIETY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Young, Kapper, Hagarty and Carswell, JJ.; Lazansky, P. J., taking no part.

CATHERINE BUTLER, as Administratrix, etc., of CHARLES BUTLER, Deceased, Appellant, v. KENNY BROS., INC., and Others, Respondents.— Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

JOHN CARUCCI, Respondent, v. JOHN PALOMBELLA, Also Known as "JACK" PALOMBELLA, First Name "Jack" Being Fictitious, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

JOHN DEVINE, Respondent, v. FLORENCE G. FURST, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of HERMAN AGOGLIA, Respondent, for a Mandamus Order against EDWARD P. MULROONEY, Police Commissioner of the Police Department of the City of New York, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Petition of MARY A. STARRS and GEORGE T. STARRS to Prove the Last Will and Testament of CHARLES M. STARRS, Late of the County of Kings, Deceased. MARY A. STARRS and GEORGE T. STARRS, as Executors, etc., of CHARLFS M. STARRS, Deceased, Appellants; JUNE DOYLE, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of FANNIE TAYLOR, Widow of the Decedent and Testamentary Guardian of the Infants, ALEXANDER ARTHUR TAYLOR and BEATRICE TAYLOR, under the Last Will and Testament of DAVID TAYLOR, Deceased, Appellant, for an Order Adjudging and Decreeing ISRAEL N. THURMAN and SAMUEL FISCHMAN, Executors and Trustees under the Last Will and Testament of DAVID TAYLOR, Deceased, Respondents, Guilty of Contempt, etc.— Motion to resettle order dated December 31, 1931,█ denied, without costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.